# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 18-35510 |
| District Court/Agency Case Number(s): | 1:18-cv-00035-CWD |
| District Court/Agency Location: | United States District Court, District of Idaho |
| Case Name: | Gemini Technologies, Incorporated v. Smith & Wesson Corporation, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | Dkt. 17 |
| Name of party/parties submitting this form: | Gemini Technologies, Incorporated |

**Please briefly describe the dispute that gave rise to this lawsuit.**

Smith & Wesson Corporation, and its parent company, American Outdoor Brands Corporation, breached the Asset Purchase Agreement, the Escrow Agreement, and breached the express and implied covenants.

**Briefly describe the result below and the main issues on appeal.**

The District Court granted Defendants/Appellees' Motion to Dismiss on Forum Non Conveniens grounds.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

None.

Provide any other thoughts you would like to bring to the attention of the mediator.

I do not believe that mediation would be helpful in this matter as Appellees sought and obtained a dismissal requiring litigation to occur in the State of Delaware.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | /s/ Kim J. Trout

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Gemini Technologies, INcorporated.

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

**KIM J. TROUT, ISB #2468**
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
Email ktrout@trout-law.com

Attorney for the Plaintiff/Appellant.

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED,<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>SMITH & WESSON CORPORATION, a Delaware corporation; AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants/Appellees. | No. 18-35510<br><br>D.C. No. 1:18-cv-00035-CWD<br>U.S. District Court for Idaho, Boise<br><br>**CURRENT SERVICE LIST** |

Counsel for Plaintiff/Appellant:    KIM J. TROUT
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com

Counsel for Defendants/Appellees:    JASON E. PRINCE
BRETT C. RUFF
HOLLAND & HART, LLP
800 West Main Street, Suite 1750
PO Box 2527
Boise, ID 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
jeprince@hollandhart.com
bcruff@hollandhart.com

DATED June 20, 2018.

TROUT LAW, PLLC


   /s/ *Kim J. Trout*
Kim J. Trout
Attorney for Appellant, Gemini Technologies, Incorporated
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone:  (208) 577-5755
Facsimile (208) 577-5756
Email:  ktrout@trout-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United State Court of Appeals for the Ninth Circuit by using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Brett C. Ruff | bcruff@hollandhart.com |
| Jason E. Prince | jeprince@hollandhart.com |

   /s/ *Kim J. Trout*
Kim J. Trout